1  MARK J. CONNOT (10010)
   KEVIN M. SUTEHALL (9437)
2  LUCY C. CROW (15203)
   **FOX ROTHSCHILD LLP**
3  1980 Festival Plaza Drive, #700
   Las Vegas, Nevada 89135
4  (702) 262-6899 tel
   (702) 597-5503 fax
5  mconnot@foxrothschild.com
   ksutehall@foxrothschild.com
6  lcrow@foxrothschild.com
   *Attorneys for Plaintiff Ahern Rentals, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| AHERN RENTALS, INC., a Nevada corporation<br><br>Plaintiff,<br>v.<br><br>EQUIPMENTSHARE.COM, Inc., a Delaware corporation; DOES I through X, inclusive; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | Case No.: 2:19-cv-02138-JAD-BNW<br><br>**STIPULATION AND ORDER TO CONTINUE DEADLINES**<br><br>**[FIRST REQUEST]** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiff Ahern Rentals, Inc. ("Ahern") and Defendant Equipmentshare.com, Inc. ("Equipmentshare") (collectively "the Parties"), through their respective undersigned counsel, as follows:

**WHEREAS**, on February 5, 2020, Equipmentshare filed a Motion to Dismiss Plaintiff's Complaint [ECF No. 16] ("Motion to Dismiss"). Pursuant to LR 7-2(b), Ahern's last day to file points and authorities in response to the Motion to Dismiss is currently February 19, 2020, and Equipmentshare's last day to file a reply in support of the Motion to Dismiss is seven days after Ahern files its response. Alternatively, pursuant to FRCP 15(a)(1)(B), Ahern's deadline to file an amended complaint is February 26, 2020;

**WHEREAS**, also on February 5, 2020, Equipmentshare filed a Motion to Stay [ECF No. 17] ("Motion to Stay"). Also pursuant to LR 7-2(b), Ahern's last day to file points and authorities in response to the Motion to Stay is currently February 19, 2020, and

Equipmentshare's last day to file a reply in support of the Motion to Stay is seven days after Ahern files its response;

**WHEREAS**, on February 14, 2020, counsel for the Parties consented to Ahern's request to extend the deadlines to respond to the foregoing motions by one week. The reasons for the extensions are not for delay, but rather to accommodate counsels' schedules.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the Parties as follows:

1. Ahern will have until February 26, 2020, to file its points and authorities in response to the Motion to Dismiss or an amended complaint.

2. Ahern will have until February 26, 2020, to file its points and authorities in response to the Motion to Stay.

3. Equipmentshare's replies in support of its Motion to Stay and, if applicable, its Motion to Dismiss will be due no later than 14 days after Ahern files its points and authorities in response to the motion(s).

**IT IS SO STIPULATED.**

| | |
|---|---|
| DATED: February 14, 2020 | DATED: February 14, 2020 |
| **FOX ROTHSCHILD LLP** | **BROWNSTEIN HYATT FARBER SCHRECK, LLP** |
| */s/ Mark J. Connot* <br> MARK J. CONNOT (10010) <br> KEVIN M. SUTEHALL (9437) <br> LUCY C. CROW (15203) <br> 1980 Festival Plaza Drive, #700 <br> Las Vegas, Nevada 89135 <br> *Attorneys for Plaintiff Ahern Rentals, Inc.* | */s/ Mitchell J. Langberg* <br> MITCHELL J. LANGBERG (10118) <br> EMILY A. ELLIS (11956) <br> MICHAEL E. BREWER *(Pro Hac Vice)* <br> 100 North City Parkway, Ste. 1600 <br> Las Vegas, Nevada 89106 <br> *Attorneys for Defendant Equipmentshare.com, Inc.* |

**IT IS SO ORDERED**

_____
UNITED STATES DISTRICT JUDGE
Dated: February 18, 2020.

Active\107808396.v1-2/14/20